UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DURRELL RICHARD                                        CIVIL ACTION

VERSUS                                                 NUMBER: 16-13557

SHERIFF MARLIN GUSMAN                                  SECTION: "F" (5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this   21st   day of   September  , 2016.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE